

# NUMBER 13-14-00735-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JUSTINE FRANCESCA HERNANDEZ,**              **Appellant,**

**v.**

**THE STATE OF TEXAS,**              **Appellee.**

### On appeal from the 399th District Court of Bexar County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Counsel for appellant has filed a verified motion to nonsuit the appeal because appellant no longer wishes to pursue the appeal.[1]  In a signed attachment, appellant

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

states that she is requesting that this Court nonsuit her appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion and DISMISS the appeal pursuant to Texas Rule of Appellate Procedure 42.2(a). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of April, 2015.